# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1108
_____

TERRANCE A. HIGHTOWER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

October 16, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terrance A. Hightower, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.